UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:25-cv-09997-JLS-AS                                Date: April 09, 2026
Title:  Michael Anthony Rombouts v. State of California Highway Patrol et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|              Kelly Davis              |              N/A              |
| :---: | :---: |
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE**

On March 28, 2025, Plaintiff Michael Anthony Rombouts filed the complaint in this action against Defendants California Highway Patrol ("CHP") and Defendants CHP Officer Resa Rombouts, CHP Sergeant E. Van Valkenburgh, CHP Officer R. Gonzalez, and CHP Officer Y. Velasco (together, "CHP Officer Defendants").  (Compl., Doc. 4-1.) On October 17, 2025, Defendant California Highway Patrol removed this action to federal court.  (NOR, Doc. 4.)  It does not appear as if Plaintiff served any Defendant other than Defendant CHP prior to removal.  (*Id.* ¶ 6.)

After removal, Plaintiff still has filed no proof that he has served CHP Officer Defendants.  *See* 28 U.S.C. § 1448; Fed. R. Civ. P. 4(m).  Accordingly, Plaintiff is ORDERED to show cause, in writing, within **seven (7) days** of the date of this Order, why this action should not be dismissed with prejudice against CHP Officer Defendants for failure to prosecute.  Failure to timely or adequately respond will result in the dismissal of this action against CHP Officer Defendants.

Initials of Deputy Clerk: kd